# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Karen Moody | ) | CASE NO. 2:17CR00020-008 |

## ORDER TO DISMISS PETITION FOR WARRANT OR SUMMONS

On October 24, 2017, the Court issued a warrant for the defendant's arrest after the probation office filed a petition alleging that the defendant failed to report for substance abuse testing as directed, failed refrain from unlawful drug use, and failed to attend treatment as directed.

On December 4, 2017, the defendant appeared for a Rule 11 hearing and pled guilty to the offense of distribution of methamphetamine. The petition was still pending at that time.

Whereas, the defendant was remanded to custody following the Rule 11 hearing, it is ordered that the petition for warrant or summons be dismissed.

SO ORDERED this ____ day of December, 2017.

_____
LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE